In the Matter of the Claim of ARLENE C. ZAEPFEL, Respondent, against E. I. DU PONT DE NEMOURS & COMPANY, INCORPORATED, Appellant, and BUFFALO STAINLESS CASTING CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 13, 1955; decided January 12, 1956.

*Edward L. Robinson, Jr., Abel Klaw, William M. Fay, Solon J. Stone* and *William A. Bain, Jr.,* for appellant.

*Jacob K. Javits, Attorney-General* (*Daniel Polansky, James O. Moore, Jr.,* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

*George J. Hayes, Bernard Katzen* and *Victor Fiddler* for Buffalo Stainless Casting Corporation and others, respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD and BURKE, JJ. FROESSEL and VAN VOORHIS, JJ., dissent and vote to reverse upon the ground that there is no substantial evidence indicating that the death of claimant's husband was caused by his employment with E. I. du Pont de Nemours & Company, Incorporated. Taking no part: DYE, J.